

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| RICHARD J. DEAGUERO, | § | No. 08-15-00141-CV |
|  | § |  |
| Appellant, | | Appeal from the |
|  | § |  |
| v. | | County Court at Law No. 6 |
|  | § |  |
| THE STATE OF TEXAS, | | of Collin County, Texas |
|  | § |  |
| Appellee. | | (TC# 006-25472-2014) |
|  | § |  |

## <u>MEMORANDUM OPINION</u>

This appeal is before the Court on its own motion to determine whether it should be dismissed for want of prosecution. Finding that Appellant, Richard J. Deaguero, has failed to pay the case filing fee, we dismiss the appeal for want of prosecution.

The trial court entered a final judgment in a bond forfeiture action against the defendant, Blake Bennett, and the surety, Richard Deaguero. Deaguero filed a notice of appeal, but he did not pay the case filing fee of $195 or establish he is indigent in accordance with TEX.R.APP.P. 20.1. On April 23, 2015, the Clerk of the Court sent Deaguero a letter notifying him that the case filing fee had not been paid and failure to pay it within twenty days could result in dismissal of the appeal for want of prosecution pursuant to TEX.R.APP.P. 42.3(b) and (c). Deaguero has

not paid the case filing fee or otherwise responded to the inquiry. The appeal is dismissed for want of prosecution.

STEVEN L. HUGHES, Justice

May 27, 2015

Before McClure, C.J., Rodriguez, and Hughes, JJ.